HARBAUER, Respondent, v. GOULD COUPLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Charles Harbauer against the Gould Coupler Company. No opinion. Judgment and order affirmed, with costs.

HARRIS v. CURTIS et al. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by John C. Harris against Warren Curtis and others. No opinion. Motion denied. See, also, 124 N. Y. Supp. 263.

HARRIS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Mary A. Harris, as administratrix, etc., of Edward Harris, deceased, against the New York Central & Hudson River Railroad Company and another.

PER CURIAM. Judgment affirmed, with costs. WOODWARD, J., dissents.

HARRISON v. HIGHER EDUCATION CO. CHILDS v. CHILDS. HUSSEY v. TWEEDIE TRADING CO. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Actions by Lampson E. Harrison against the Higher Education Company, by Irving W. Childs against Eversley Childs (see, also, 134 App. Div. 948, 118 N. Y. Supp. 1098; 68 Misc. Rep. 472, 124 N. Y. Supp. 550), and by Charles M. Hussey against the Tweedie Trading Company. No opinions. Motions denied, with $10 costs. Orders filed.

HAYES, Respondent, v. HOYT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Helen M. Hayes against Mary E. Hoyt and Emily F. Goodwin. No opinion. Motion for certification of question denied, without costs. See, also, 123 N. Y. Supp. 357.

HELD, Respondent, v. SAMMIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Lena Held against George W. Sammis and James P. Clark, copartners, etc.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in admitting incompetent evidence on page 95 of the stenographer's minutes.

HIRSCHBERG, P. J., dissents.

HESS, Appellant, v. KAELIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Emilia K. Hess against Henry Kaelin. No opinion. Order affirmed, with $10 costs and disbursements.

In re HINCHMAN. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) In the matter of the judicial settlement of the account of Percy Hinchman, as administrator, etc. No opinion. Motion granted, on condition that the appellants pay $10 costs, perfect the appeal, put the case on the next calendar of this court, and be ready for argument when reached. See, also, 122 N. Y. Supp. 1131.

HOLMES, Respondent, v. HEMSTREET, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Clara Holmes against Alfred Hemstreet.

PER CURIAM. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event. See, also, 134 App. Div. 989, 119 N. Y. Supp. 1129.

SMITH, P. J., and COCHRANE, J., dissent.

HOOD et al., Appellants, v. WHITWELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Emma L. Hood and others against John A. Whitwell and another. No opinion. Judgment (66 Misc. Rep. 49, 120 N. Y. Supp. 372) affirmed, with costs.

HOSHKOWITZ, Respondent, v. SARGOY et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Jacob Hoshkowitz against Samuel Sargoy and others. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

HOTALING, Appellant, v. HOTALING, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Clara A. Hotaling against John W. Hotaling. M. J. Joyce, for appellant. N. Cohen, for respondent. No opinion. Order affirmed. Order filed. See, also, 122 N. Y. Supp. 1131.

HUMBERT, Respondent, v. EMPIRE WIRE CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Joseph E. Humbert against the Empire Wire Company. No opinion. Judgment and order affirmed, with costs.

HURLEY v. BUTLER. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by William H. Hurley against Orlando W. Butler. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 132 App. Div. 910, 117 N. Y. Supp. 1137.

INDA, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by

Rosalia Inda, as sole executrix, etc., of Peter Inda, deceased, against the State of New York. No opinion. Motion granted. See, also, 123 N. Y. Supp. 1122.

JACKSON et al. v. MEISTER & BACHE REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Louise Jackson and others against the Meister & Bache Realty Company and others. No opinion. Judgment (Jackson v. Pescia, 124 N. Y. Supp, 735) affirmed, with costs.

JACKSON, Respondent, v. PERKINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Lee Jackson against Edward A. Perkins.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 122 N. Y. Supp. 1126.

SPRING, J., dissents, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is contrary to and against the weight of the evidence.

JENNER v. SHOPE. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Annie Jenner against Julian B. Shope. No opinion. Motion denied, with $10 costs. Order filed. See, also, 67 Misc. Rep. 159, 121 N. Y. Supp. 599.

JERMYN v. SEARING et al. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Joseph J. Jermyn against Frederick F. Searing and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 832.

JESSUP et al., Appellants, v. WITHERBEE REAL ESTATE & IMPROVEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Josephine P. Jessup and others against the Witherbee Real Estate & Improvement Company. For opinion below, see 63 Misc. Rep. 649, 117 N. Y. Supp. 276.

PER CURIAM. Motion to dismiss appeal granted, with costs, without prejudice to the right of the appellants to move for restoration of the case on proof of merit in the appeal, and of fuller explanation of the cause of the delay prior to the sickness of counsel.

JOHN BOYLE & CO., Respondent, v. SCHUELER, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by John Boyle & Co. against Johann L. Emil Schueler. No opinion. Judgment and order of the County Court of Queens county affirmed, with costs. See, also, 123 N. Y. Supp. 1122.

JOHNSON, Respondent, v. SYRACUSE, L. S. & N. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Louisa Johnson against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

JOSPE et al., Respondents, v. DANIS, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Theodore Jospe and others against Charles H. Danis. No opinion. Motion for reargument denied, with costs. See, also, 123 N. Y. Supp. 360.

KATZ, Respondent, v. BERNSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Louis Katz against Martha Bernstein and another. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

KAUFMAN, Appellant, v. STEINER et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Harry Kaufman against Charles W. Steiner and another. No opinion. Judgment of the Municipal Court reversed, as against the weight of evidence, and a new trial ordered; costs to abide the event.

KAULBACH et al., Respondents, v. KNICKERBOCKER TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Andrew W. Kaulbach and others against the Knickerbocker Trust Company. H. Barry, for appellant. H. M. Walker, for respondent. No opinion. Appeal dismissed, without costs. Order filed. See, also, 124 N. Y. Supp. 286.

KAVANAGH et al., Appellants, v. SERGEANT, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Edmund A. Kavanagh and another against George Sergeant, Jr. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case placed on the next calendar of this court for argument. On compliance, the motion is denied, without costs.

KELLY v. POSTAL LIFE INS. CO. (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Bridget R. Kelly against the Postal Life Insurance Company. No opinions. Applications granted. Orders signed.

KENNEDY, Respondent, v. GERMAN FIRE INS. CO., OF PEORIA, ILL., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Edwin T. Kennedy against the German Fire Insurance Company, of Peoria, Ill. No opinion. Motion to dismiss appeal denied,